CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 23 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 7:15CR00046 |
| v. | ) | |
| | ) | **ORDER** |
| MISTY MARIE MCCANN, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion for reduction of sentence (Dkt. No. 73) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

DATED: This 21st day of March, 2018.

_/s/ Glen Conrad_
Senior United States District Judge